UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY MATHIS-CALDWELL,
    Plaintiff,

Case No. 1:15-cv-532

v.

HON. PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,
    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**; and

pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated:    May 11, 2016             /s/ Paul L. Maloney
                                                                 PAUL L. MALONEY
                                                                 United States District Judge